UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALL TEAM FRANCHISE
CORPORATION,

    Plaintiff,

v.                                                     Case No. 8:25-cv-895-CPT

CTS ENTERPRISES, INC., TRACY
SANTORO, and CARL SANTORO,

    Defendants.
_____/

**O R D E R**

    This cause is before the Court on the parties' *Joint Motion for Entry of Stipulated Final Order of Dismissal*. (Doc. 57). The parties represent in their motion that they resolved their dispute during a mediation presided over by the undersigned and that they have subsequently entered into a written settlement agreement reflecting the material terms of their resolution. *Id*. The parties now request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Gardian Life Insurance Co. of America*, 511 U.S. 375, 381–82 (1994).

    Upon due consideration of the matter, it is hereby ORDERED:

    1.    The parties' *Joint Motion for Entry of Stipulated Final Order of Dismissal* (Doc. 57) is granted.

2. The parties shall comply with the terms of their settlement agreement.

3. All claims asserted by the parties against any of the parties in this action are hereby dismissed with prejudice.

4. All counterclaims and affirmative defenses that were or are now pending or that could have been asserted in this ligation by the above identified Defendants, are hereby dismissed with prejudice.

5. The parties shall each bear their own attorney's fees and costs.

6. By consent of the Parties, the Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of the settlement agreement through September 30, 2027.

SO ORDERED in Tampa, Florida, this 26th day of September 2025.

*Christopher P. Tuite*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record